69 A.3d 238

**Marion E. SCIARRONE, Respondent**

v.

**Robert F. SCIARRONE, Petitioner.**

Supreme Court of Pennsylvania.

June 20, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2013, the Motion to Strike the Answer and/or for Leave to File a Response to the Answer and the Petition for Allowance of Appeal are **DENIED.**